UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:24-cv-02388 |
| | § | |
| JOHN DOE subscriber assigned IP address 99.23.6.211, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.23.6.211, are voluntarily dismissed without prejudice.

Dated: September 23, 2024              Respectfully submitted,

By:   */s/ Paul S. Beik*
      Paul S. Beik
      Beik Law Firm PLLC
      917 Franklin Street, Suite 220
      Houston, Texas 77002
      Tel: (713) 869-6975
      Fax: (713) 583-9169
      paul@beiklaw.com
      www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**